**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chester James DOLES, Defendant–**
**Appellant.**

**No. 07–12290**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 5, 2007.

E. Vaughn Dunnigan, E. Vaughn Dunnigan, P.C., Atlanta, GA, for Defendant–Appellant.

Amy Levin Weil, U.S. Attorney's Office, Todd C. Alley, Atlanta, GA, for Plaintiff–Appellee.

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Chester James Doles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

---

1. We **DENY** Giddens' motions to supplement the record.

motion to withdraw is **GRANTED,** and Doles's conviction and sentence are **AFFIRMED.**